AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Ricardo Falcon | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 0:26-cv-60648-DSL | |
| Pure Protective Service Management Inc. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pure Protective Service Management Inc. via its Registered Agent

Coproation Service Company
1596 SW 189 Ave
Pembroke Pines, FL 33029

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shedwin Eliassin Esq
Fla. Bar No.: 1060990
Gallardo Law Office
8492 SW 8th Street
Miami, FL 33144
305-261-7000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 6, 2026



Angela E. Noble
Clerk of Court

SUMMONS

s/ B. Chin
Deputy Clerk
U.S. District Courts